IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>MIGUEL SANCHEZ,<br><br>    Defendant. | Case No. 1:14-mj-00083-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Driving while privilege suspended or revoked for prior DUI, in violation of 36 C.F.R. § 4.2 (CVC 14601.2(a))

**Sentence Date:** June 19, 2014

**Review Hearing Date:** April 2, 2015

**Probation Expires On:** June 18, 2015

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $600.00, which Total Amount is made up of a Fine: $ 600.00; Special Assessment: $ 0.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                          Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Bayleigh J. Pettigrew

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/2/2015 at 10:00 a.m.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☒ Or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  3/12/2015

*/s/ Erin Snider*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

DATED: **Mar 12, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge